# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCUS SHAROD RAND, | Case No. 21-CV-1276 (JRT/KMM) |
| Petitioner, | |
| v. | **ORDER** |
| J. FIKES, | |
| Respondent. | |

This matter is before the Court on Petitioner Marcus Sharod Rand's (1) Motion to Reset Deadline and for Copies of Decisions (ECF 12), (2) Motion to Accept Enclosed Reply (ECF 14), and (3) Motion to Permit Filing of Over Length Brief (ECF 15). For the reasons that follow, the motions are granted.

In the first of these motions, Mr. Rand asked the Court for additional time to file his reply and to require the Respondent to provide copies of decisions referenced in the Response to the Petition. Respondent has since provided copies of the cases requested by Mr. Rand. The Court appreciates Respondent providing those copies before the Court had an opportunity to rule upon Mr. Rand's request. Mr. Rand also showed good cause to allow additional time for the filing of his reply. Accordingly, this first motion is granted. Because the Court grants Mr. Rand's motion for additional time to file his reply, it will also grant the relief requested in the second motion listed above and accepts the filing of his reply brief. Finally, the Court grants

permission for Mr. Rand's over-length reply brief so that his arguments may be fully

considered by the Court.

**IT IS SO ORDERED.**

Date: July 12, 2021

_s/ Katherine Menendez_
Katherine Menendez
United States Magistrate Judge